# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ST. PAUL FIRE AND MARINE                                      CIVIL ACTION
INSURANCE COMPANY, ET AL.
                                                             No. 07-3053
VERSUS
                                                             SECTION I
BOARD OF COMMISSIONERS OF THE
PORT OF NEW ORLEANS


## ORDER AND REASONS

Before this Court is a second motion for reconsideration[1] filed by the defendant and third

party plaintiff, the Board of Commissioners of the Port of New Orleans ("the Board"). In its

motion, the Board requests that the Court reconsider its August 11, 2009 order granting summary

judgment in part and denying summary judgment in part. The plaintiffs have filed an opposition.[2]

Having reviewed the applicable law and the memoranda submitted by the parties,

**IT IS ORDERED** that the motion for reconsideration is **DENIED.**

New Orleans, Louisiana, February 1, 2010.

_____
                                LANCE M. AFRICK
                        UNITED STATES DISTRICT JUDGE

---

[1]R. Doc. No. 110.

[2]R. Doc. No. 112.

1